United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 08 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: 3-07-70261 EDL |
| vs. ) | |
| ) | (Eastern District of CA: CR 00-05371-01) |
| THOMAS DAVID HAGBERG ) | |
| ) | |
| ) | |

ORDER TO CONTINUE DATE OF STATUS HEARING

ON A RECOMMENDATION OF THE PROBATION DEPARTMENT, AND IN CONJUNCTION WITH ASSISTANT UNITED STATES ATTORNEY KYLE WALDINGER AND FEDERAL PUBLIC DEFENDER DAN BLANK, IT IS ORDERED THAT THE STATUS HEARING CURRENTLY SET FOR MAY 9, 2007 AT 9:30 A.M. BE CONTINUED TO MAY 21, 2007 AT 9:30 A.M.

Date: May 8, 2007

Elizabeth D. Laporte
United States District Magistrate Judge